FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

01-14-980-CR
01-14-981-CR

APR -1 2015

CHRISTOPHER A. PRINE
CLERK

# MY ORAL ARGUEMENT 3/27/15

1ST of all the reason I ask for pefferred adjudication is because I want to serve my country in the United States marine corps or the United States army. Because what I need is structure and discipline which I do not recteve being locked up. I have been in and out of Juvintie since age 11, went to (TYC) now known as (TJJD) at age 16 as you can see incarceration does not help me. I did 2 years in (TJJD) and recteved no help no drug treatment or mental heath treatment that was effective. I am not a violent person I was threatned/coeherced in the matter of the crime I am Charged with and I also mentioned that many times. I was also recorded by an HPD officer upon Arrest So you know and have evidence of this. Plus all we need to do is bring the victim to court to state that I did not pull the weapon. I am seeking that my Aggervated robbery with a deadly weapon be dropped down to a simple robbery, so I can join the armed forces. if I am still not eligible I would like to Join Jobcorps in Sanmarcos texas/Gary facility. So I can pursue welding and business management. If not that then St pete drug rehab or any mental health/drug program. prison will destroy me mentally, I can not carry my self in there I weigh 143 pounds and im white plus Aggervated time I will go to a serious unit and some one will take advantage of me and rape me, I am not guilt nor am

2

I ready for this please have mercy on me. I accept 8 years but may it be turned into shock probation or deferred adjudication. I was coehercod by my lawyer she saw the video of my testimony and still told me I must lie to Judge vanessa velasques by taking responsibility for the full crime and by doing so is taking responsibility for someone elses actions. She told me she would guarantee me defferred adjudication but now as circumstances are vanessa velasquez saids I'm not eligible due to my Juvenile record, yes I have been on probation as a Juvenile and violated it. I have all of the law work on defferred adjudication I understand it, I am now ready for it I have a change of heart. my sons name is Blake timothy woods he was born while I was in here on 11/30/15. my mom Susan Chapman takes care of him 6 days out of the week. She is 61 almost 62 years old I need to help take care of my son. I know no one may care and only want to see me in prison for 8 years or more, I know I have made many mistakes ok but if in everyones eyes I will fail defferred adjudication well I can still be resentenced from any where of 8 years or 5-99 years in prison I under stand that. I will make a contract or do what ever it takes to earn and complete defferred adjudication or shock probation. I am eligible for both seeing this is my first felony conviction

3

as an adult in the state of texas and the
sentence is 8 years I accept that. which
is less than 10 years ~~tre~~ in which the
law consists of for shock probation give
me a chance as you can see I only have 2
cases since I have been here which are
for being out of dress code and my
arm band breaking and reporting it. I am
clearly not a trouble maker. I mind my
own business and do everything I can
to be good to everyone I come in to
contact with. I just want to take care of
my son but with the aggervated part
of my sentence means I have to do
50% so may it please be dropped
down to simple robbery at least. I believe
8 years is suitable for me not because
of the crime but because of my old life
style. I just want another chance at society
and may it be the last chance. I understand
the stipulations of shock probation as
well as defferred adjudication. I know
I am capable of completing either one
of the options I request. If not then
I wish to drop my appeal if I cannot
recieve either of these things but may
some one please clarify with the victim
sorida gomez she can state that I did
not pull a knife on her plus it states
what she said in the testimony. I do
not understand why some body would lie on
an indictment stating that I pulled the
weapon which is falsifying documentation

I accepted a PSI believing to recieve defferred adjudication but I was apparently lied to. OK I just want to be able to live a successful life but I can not recieve a good job or any thing with aggervated robbery with a deadly weapon being on my criminal record. That is why I request defferred adjudication for 8 years so when I complete it the robbery aggervated robbery charge will be erased! I believe I deserve another chance to prove myself worthy of my freedom. I understand I have made many mistakes as a child but this is my first and last as an adult I know so. What do you want me to leave the state of texas to make you happy if I am told I have to I will. I just want a chance to raise my son please understand my situation please have mercy on me I beg you please don't make me have to serve that 8 years Aggervated time That means I will not come up for parole until march 16 2018 with back time what ever mental health and drug treatment you believe I deserve please give it to me I need help and I want help if you will give it to me. I do not want to be in and out of prison for the rest of my life. If I commit another crime then send me to prison but please not now. I cant handle it I will end up committing suicide because I cant deal with the emotional pain and the

physical pain. Someone in my dorm named darren
hair was in prison for 30 years, 20 at first
then 10 again I have learned from him that
prison will destroy me that mom is crazy. I
don't want to be traumatized any more than
I already am I already cut on my legs to
deal with all the pain I'm not suicidal at the
moment but I constantly feel like hurting
my self and no one else, my past haunts
me I hear voices and I believe sometimes
I see and speak to spirits. I have 2 personality's
I have Anxiety depression, phycosis, insomnia,
Adhd, Bipolar, schizophrenia, is that
enough. what do you want from me what
must I do other than going to prison
with aggervated time please may I atleast go
to WOAR or some mental health hospital or
something I'm not built for prison.
I can't make it or survive in there, some
one will rape me and kill me. I never will
commit a felony or any crime for the rest
of my life I am to scared to. but its not
just because of the consequences its the
law and matter of principles that I
have to live by in the united states. I can
barely sleep at night I wake up from
anxiety attacks and I feel that everyone wants
to hurt me in here I'm scared I don't
know what you want me to say or do
just tell me I will do it but please have
mercy on me and please may I be given 1
chance at my freedom, what do I have to
sign a contract with a cap off or some

6

thing I accept. I just want to take care of my son, please call and stay in contact with my mother Susan chapman her phone # is 713-376-9655 her current address is 6205 marrinette dr #112C Houston texas 77036. I would greatly appreciate it a lot. I just want to say thank you for ever. I'm not going to be like every one else who comes back and forth to jail, I know I have in the past. I wish some one would believe me, I do not wish to do evil, steal or break the law anymore in any way. I wish to do good to everyone be nice give to people help people and encourage people to change and serve God and provide for my family the right way legally, and do God's will for my life that's it. Why can't some one understand that I realize I must be punished even though I was threatned into driving a car which led me here ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ I understand I was in the wrong to some extent and I am sorry, I just want another chance. It's not like I'm asking for you to dismiss the case and set me free today, I'm just seeking mercy so I can handle my business as a father, I don't want my son to end up in here like me and I need to help my mom out because she is not in good health, I already lost my dad when I was 11 my sister when I was 7, my grandpa when I was in (JJD) in 2012. If I lose my mom while I'm in here I won't be able to live with

myself. I owe my mom for all that I have put her through as a child which was more than enough stress and pain. Problems I want to be able to give her a good life when I get out. I need to help her take care of my son my sons mother latrella woods is a crack addict and prostitute so ~~but me~~ her mom sheila cudgel has legal custody. My mom is all that my son has she told me that. Please have mercy on me and give me a chance I'm worthy I am not the same person I was when I came in here I'm a respectful, honest responsible, drug free trustworthy loving and caring man now. I used to be a crack and cocaine and weed addict I used to steal lie, cheat and basically do evil but not any more. I know you think I need counseling or a phycologist well your right I do I just want help I and everyone else knows prison will destroy me everyone may want to see me in pain and hurting and suffering forever for all of my past wrong doings and mistakes I know that. ok but I am still a human being its not like I killed someone. I realize that there is consequences I accept the 8 year sentence I do not accept the aggervated part of the crime I just want either shock probation so I can get early parole or defferred adjudication probation

I hope that I will not be judged for my crimes as a Juvenile I am a man now and this is my first case as and adult. I just want to be able to join the Army or marines. So I can repay and fight for my country as a soldier in war if it comes down to it. I just want a chance to do good and make things right don't I atleast deserve that please let me serve my country, I hear I have to talk to a recruiter. Oh what all can happen in @ my appeal? What are all possible out comes. Well I hope that this court has mercy on me and understands the change that is with in me in stead of looking at the old me the outer shell which I have grown out of if not well I will pray for you all any ways. I just want help now how many people actually ask for help, drug treatment, mental health treatment well I'm different from every one else I am not going to re-offend. I'm making the best of my situation. by being in school and doing bible studies and exercising. what else is there that I can do well any ways I hope I am heard and not agnored, because I am just doing my best to be as much of a better person as I can so I do not come back to Jail at all, and may I please have an attorney new counsel please I already filed the motion



**HOUSTON COMMUNITY COLLEGE**

**School of Continuing Education**

# Certificate of Completion

Presented to

## David James Chapman

for Satisfactory Completion of

## Principals of Accounting I
### ACNT 1025

Awarded on

80 Contact Hours    8.0    CEU's

## August 7, 2014

Mary S. Spangler, Ed.D.
*Chancellor*
*Houston Community College*

Kathy Housel
*Director*
*School of Continuing Education*



**HOUSTON COMMUNITY COLLEGE**

School of Continuing Education

# Certificate of Completion

Presented to

## David James Chapman

for Satisfactory Completion of

## Business Math

### POFT 1021

60 Contact Hours    6.0    CEU's

Awarded on

## June 30, 2014

_____
Mary S. Spangler, Ed.D.
Chancellor
Houston Community College

_____
Kathy Housel
Director
School of Continuing Education

U.S. POSTAGE >> PITNEY BOWES

ZIP 77019 $ 000.48⁰
02 1W
0001374179 MAR 30 2015

℠ HOUSTON HCSO
TX 773
30 MAR '15
PM 2 L

FIRST DISTRICT
COURT OF APPEALS
301 FANNIN STREET
Houston Texas 77002

770022056699

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: David Chapman
SPN: 02725882 Cell: 6D2A
Street: 1200 BAKER ST
Houston, Texas 77002

RECEIVED APPEALS
FIRST COURT OF TEXAS
HOUSTON, TEXAS

APR – 1 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL
INDIGENT